**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6950**

———————

TIMOTHY LAMONT HAZEL,

                                    Plaintiff - Appellant,

        versus

MS. PARKER, Correctional Officer, Nash
Correctional Institution; NORTH CAROLINA
DEPARTMENT OF CORRECTIONS, Head of the NCDOC
Division of Prisons @ 831 West Morgan Street,
Raleigh, NC 27603,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-03-358-5-H)

———————

Submitted: August 14, 2003          Decided: August 22, 2003

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy Lamont Hazel, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Timothy Lamont Hazel appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hazel v. Parker, No. CA-03-358-5-H (E.D.N.C. June 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED